Cheryl A. Sabnis (State Bar No. 224323)
**KING & SPALDING LLP**
633 W. 5th St., Suite 1600
Los Angeles, CA 90071
213-443-4378 (Phone)
213-443-4310 (Fax)
csabnis@kslaw.com

James E. Berger (*pro hac vice forthcoming*)
Thomas C. Childs (*pro hac vice forthcoming*)
Charlene C. Sun (*pro hac vice forthcoming*)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036-4003
212-556-2100 (Phone)
212-556-2222 (Fax)
jberger@kslaw.com
tchilds@kslaw.com
csun@kslaw.com

*Attorneys for Petitioner Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLIE STATI, GABRIEL STATI, ASCOM GROUP, S.A., AND TERRA RAF TRANS TRAIDING LTD.<br><br>Petitioners,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>Respondent. | Case No. 2:20-mc-00023<br><br>**NOTICE OF MOTION TO COMPEL SPACE EXPLORATION TECHNOLOGIES CORP.'S COMPLIANCE WITH SUBPOENA *DUCES TECUM* AND DEPOSITION SUBPOENA**<br><br>Date: _____<br><br>Trial Date: \_\_\_\_\_<br>Judge: _____ |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. hereby move pursuant to Federal Rules of Civil Procedure 45 and 69, and Central District of California Local Civil Rules 37-1, 37-2, 45-1 and 69-1, for an order compelling Respondent Space Exploration Technologies Corp. ("**SpaceX**") to comply with Petitioners' amended subpoena *duces tecum* and amended deposition subpoena, both dated August 22, 2019 and served on August 28, 2019.

Petitioners' motion is based on this Notice of Motion, the attached Joint Stipulation, the points and authorities cited therein, the concurrently filed declaration of Charlene C. Sun, all other matters of which the Court may take judicial notice, any further evidence or argument offered to the Court at the hearing on this motion, and any other matters that the Court may consider.

DATED: March 6, 2020.

/s/ *Cheryl A. Sabnis*
Cheryl A. Sabnis (State Bar No. 224323)
KING & SPALDING LLP
633 W. 5th St., Suite 1600
Los Angeles, CA 90071
213-443-4378 (Phone)
213-443-4310 (Fax)
csabnis@kslaw.com

James E. Berger (*pro hac vice forthcoming*)
Thomas C. Childs (*pro hac vice forthcoming*)
Charlene C. Sun (*pro hac vice forthcoming*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
212-556-2100 (Phone)
212-556-2222 (Fax)
jberger@kslaw.com

tchilds@kslaw.com
csun@kslaw.com

*Attorneys for Petitioners*