**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of New York. I am employed in the county of New York, State of New York and made this service at the direction of a member of the bar of this Court. I am over the age of eighteen years and not a party to the within action.

On March 11, 2020, I served the following documents in the manner described below:

- **NOTICE OF MOTION TO COMPEL SPACE EXPLORATION TECHNOLOGIES CORP.'S COMPLIANCE WITH SUBPOENA *DUCES TECUM* AND DEPOSITION SUBPOENA**

- **JOINT STIPULATION WITH RESPECT TO PETITIONERS' MOTION TO COMPEL SPACE EXPLORATION TECHNOLOGIES CORP.'S COMPLIANCE WITH SUBPOENA *DUCES TECUM* AND DEPOSITION SUBPOENA**

- **DECLARATION OF CHARLENE C. SUN IN SUPPORT OF PETITIONERS' MOTION TO COMPEL SPACE EXPLORATION TECHNOLOGIES CORP.'S COMPLIANCE WITH SUBPOENA *DUCES TECUM* AND DEPOSITION SUBPOENA**
  - **EXHIBIT A**
  - **EXHIBIT B**
  - **EXHIBIT C**
  - **EXHIBIT D**
  - **EXHIBIT E**
  - **EXHIBIT F**
  - **EXHIBIT G**
  - **EXHIBIT H**
  - **EXHIBIT I**
  - **EXHIBIT J**
  - **EXHIBIT K**
  - **EXHIBIT L**
  - **EXHIBIT M**
  - **EXHIBIT N**
  - **EXHIBIT O**

- ○ **EXHIBIT P**
- **PROPOSED ORDER**
- **CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of King & Spalding LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at New York, New York.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of King & Spalding LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of King & Spalding LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

☐ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2020, at New York, New York.

_____
Thomas C. Childs

# SERVICE LIST

Counsel for Respondent Space Exploration Technologies Corp.:

Scott O. Luskin
Randy R. Haj
PAYNE & FEARS LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, CA 90245