1  Scott O. Luskin, Bar No. 238082
   sol@paynefears.xom
2  Randy R. Haj, Bar No. 288913
   rrh@paynefears.com
3  PAYNE & FEARS LLP
   200 N. Pacific Coast Highway, Suite 825
4  El Segundo, California 90245
   Telephone: (310) 689-1750
5  Facsimile:  (310) 689-1755

6  Attorneys for Respondent
   SPACE EXPLORATION TECHNOLOGIES CORP.
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | ANATOLIE STATI, GABRIEL          | Case No. 2:20-mc-0023-FMO-AGR
   | STATI, ASCOM GROUP, S.A.,
12 | AND TERRA RAF TRANS              | Hon. Alice G. Rosenberg
   | TRADING LTD.
13 |                                  | **Declaration of Scott O. Luskin
   |        Petitioners,              | in Opposition to Petitioners'
14 |                                  | Motion to Compel**
   |     v.
15 |                                  | Date:        March 31, 2020
   | SPACE EXPLORATION               | Time:        10:00 a.m.
16 | TECHNOLOGIES CORP.
   |                                  | Location:
17 |        Respondent.              | Courtroom 550, 5th Floor
   |                                  | Roybal Federal Building
18 |                                  | 255 E. Temple Street
   |                                  | Los Angeles, CA, 90012
19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CA 90245

**Declaration of Scott Luskin**

1.     I am a partner at the law firm Payne & Fears LLP and counsel of record for respondent Space Exploration Technologies Corp. ("SpaceX"). I make the following declaration based on my own personal knowledge, except where stated on information and belief, and as to those facts I believe the truth of those matters to be true and correct following a reasonable investigation.

**The Stati Parties' $6 Billion in Attachments**

2.     On or around March 2, 2020, I reviewed articles from the "prnewswire.com" website dated December 20 and 24, 2019, discussing the Stati Parties' attachment of RoK assets in Belgium, the Netherlands, Sweden, and Luxembourg. The articles said that the "combined total value of all attachments" the Stati Parties have obtained "exceed[] US$6.25 billion." True and correct copies of the "prnewswire" articles I reviewed can be found at https://www.prnewswire.com/in/news-releases/belgian-court-confirms-us-540-million-award-against-the-republic-of-kazakhstan-849538461.html and https://www.prnewswire.com/in/news-releases/luxembourg-appellate-court-confirms-us-540-million-award-against-the-republic-of-kazakhstan-860007060.html, and are attached hereto as **Exhibit "4**."

3.     Also on or around March 2, 2020, I reviewed an article from the Reuters news agency (www.reuters.com") dated August 13, 2018, discussing Petitioners' efforts to collect its judgment against Kazakhstan through the English judicial system. In connection with a dismissal of the English proceedings, the article quoted the "Stati's press office" as saying "that 'the case serves no purpose in light of the multi-billion-dollars of attachments in force in other jurisdictions.'" A true and correct copy of the Reuters article I reviewed can be found at

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CA 90245

1   https://www.reuters.com/article/us-kazakhstan-stati/both-sides-claim-victory-as-

2   stati-vs-kazakhstan-case-is-dropped-in-uk-idUSKBN1KY1DQ, and is attached

3   hereto as **Exhibit "5**."

4                     **Meet and Confer With Petitioners' Counsel**

5           4.      After my firm was engaged to respond to Petitioners' motion, I

6   contacted Petitioners' counsel (Thomas Childs) to discuss the subpoenas.

7           5.      Mr. Childs and I spoke telephonically on February 18, 2020, regarding

8   the subpoena.  During that call Mr. Childs explained that Petitioners hoped to get

9   bank account information for Ghalam LLP (who Petitioners claim is the debtor's

10  alter ego), communications about the identities of anyone from Kazakhstan who

11  attended the launch of the alleged Kazakh satellites, or communications with anyone

12  from the Kazakh government or its supposed agents (including Ghalam), whether

13  connected to a launch or not.  He conceded Petitioners lacked "concrete

14  information" showing that the only companies connected to the launch – American-

15  based SpaceFlight Services and Ghalam—were the debtor's alter ego, except for

16  newspaper articles from the "Astana Times" and "Caspian News" relied on in

17  Petitioners' motion.  Mr. Childs said Petitioners had not even attempted to subpoena

18  Ghalam for information relevant to enforcing the judgment.  A true and correct copy

19  of my February 19, 2020, email to Mr. Childs confirming the substance of our call

20  the previous day, and Mr. Child's February 23, 2020, response, is attached hereto as

21  **Exhibit "6."**

22          6.      During that same February 18 call, I proposed as a compromise that if

23  Petitioners were willing to limit their subpoena to actual payment information from

24  Ghalam or the Kazakh government, SpaceX could quickly confirm that no such

25  documents are in their possession, ending this matter.  My understanding was that

26  this would address Petitioners' stated reason for serving the subpoenas: to discover

27  information about commercial activity or assets of the RoK.  Mr. Childs

28  nevertheless refused this request, stating without explanation that the discovery will

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CA 90245

1  somehow help "establish the ROK's role as a principal in the launch transaction"

2  and "identify and locate assets of the ROK, wherever they may be."

3

4       I declare under penalty of perjury under the laws of the United States that the

5  foregoing is true and correct.

6

7  DATED: March 3, 2020            /s/ *Scott O. Luskin*

8                                              Scott O. Luskin

9

10

11  4832-4270-2006.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
200 N. PACIFIC COAST HIGHWAY, SUITE 825
EL SEGUNDO, CA 90245

DECLARATION OF SCOTT O. LUSKIN IN OPPOSITION TO PETITIONERS' MOTION TO COMPEL