Scott O. Luskin, Bar No. 238082
sol@paynefears.xom
Randy R. Haj, Bar No. 288913
rrh@paynefears.com
PAYNE & FEARS LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

Attorneys for Respondent
SPACE EXPLORATION
TECHNOLOGIES CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLIE STATI, GABRIEL STATI, ASCOM GROUP, S.A., AND TERRA RAF TRANS TRADING LTD.<br><br>Petitioners,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.<br>Respondent. | Case No. 2:20-mc-0023-FMO-AGR<br><br>Hon. Alicia G. Rosenberg<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING DATE ON PETITIONERS' MOTION TO COMPEL TO APRIL 14, 2020**<br><br>Old Date:  March 31, 2020 at 10:00 A.M.<br>New Date: April 14, 2020 at 10:00 A.M.<br><br>Judge:       Alicia G. Rosenberg<br>Courtroom: |

-1-   Case No. 2:20-mc-0023-FMO-AGR
STIPULATION TO CONTINUE HEARING DATE ON MOTION TO COMPEL

The parties hereby stipulate to continue the hearing date on the motion to compel in the above-captioned case, as follows:

1. Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. ("Petitioners") filed a Joint Stipulation With Respect to Petitioners' Motion to Compel Space Exploration Technologies Corp.'s Compliance with Subpoena Duces Tecum and Deposition Subpoena on March 9, 2020 (Dkt. 1-1).

2. At the time the Motion was filed, this miscellaneous case did not have an assigned courtroom and therefore the parties were unable to select a mutually agreeable hearing date before the Motion was filed.

3. On March 12, 2020, the Court issued a notice of hearing setting a March 31, 2020 at 10:00 A.M. hearing date for the Motion. The March 31 date conflicts with a deposition that Respondent's counsel had set in a bankruptcy case and that would be extremely difficult to reschedule.

4. Counsel for Petitioners and for Respondent subsequently met and conferred and agreed to continue the date to April 14, 2020, at 10:00 A.M., subject to the Court's approval.

NOW, THEREFORE, the undersigned parties hereby stipulate and agree to continue the hearing date on Petitioners' Motion to April 14, 2020, at 10:00 A.M. The parties further consent to entry of the [Proposed] Order Granting Stipulation to Continue Hearing Date on Motion to Compel, submitted concurrently herewith.

SO STIPULATED.

| | | |
|---|---|---|
| Dated: March 13, 2020 | | KING & SPALDING LLP |
| | By: | /s/ Cheryl A. Sabnis |
| | | CHERYL A. SABNIS |
| | | JAMES E. BERGER (*pro hac vice forthcoming*) |
| | | THOMAS C. CHILDS (*pro hac vice forthcoming*) |
| | | CHARLENE C. SUN (*pro hac vice forthcoming*) |
| | | *Attorneys for Petioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A. and Terra Raf Trans Traiding Ltd.* |
| | | PAYNE & FEARS LLP |
| | | Attorneys at Law |
| Dated: March 13, 2020 | | |
| | By: | /s/ Scott O. Luskin |
| | | SCOTT O. LUSKIN |
| | | RANDY R. HAJ |
| | | *Attorneys for Respondent Space Exploration Technologies Corp.* |

-3-   Case No. 2:20-mc-0023-FMO-AGR
STIPULATION TO CONTINUE HEARING DATE ON MOTION TO COMPEL

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing **JOINT STIPULATION TO CONTINUE THE HEARING DATE ON PETITIONERS' MOTION TO COMPEL APRIL 14, 2020,** was served on March 13, 2020, on the interested parties in this action, via the United States District Court's CM/ECF system, on all parties or persons requiring notice.

*/s/ Scott O. Luskin*
Scott O. Luskin

4815-1274-0791.1